UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON PURISIMA,

                    Plaintiff,

-against-

NEW JERSEY TRANSIT CORP, et al.,

                    Defendants.

23-CV-9532 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On May 29, 2013, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the Court leave to file. *See Purisima v. Comm'r of Soc. Sec.*, ECF 1:13-CV-1068, 7 (LAP) (S.D.N.Y. May 29, 2013). Plaintiff files this new *pro se* case, seeks to proceed IFP, and submits a motion to file this action IFP. The Court denies Plaintiff's motion (ECF 1) because it does not depart from his pattern of frivolous litigation. The action is dismissed under the May 29, 2013 order.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:  November 1, 2023
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                  Chief United States District Judge